Complete Artificial Stone Company, Defendant in Error, v. Angeline Dyniewicz and Casimir W. Dyniewicz, Plaintiffs in Error.

Gen. No. 21,582. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed October 10, 1916.

### Statement of the Case.

Action by the Complete Artificial Stone Company, a corporation, plaintiff, against Angeline Dyniewicz and Casimir W. Dyniewicz, defendants. To review a judgment for plaintiff, defendants prosecute a writ of error.

ALPHONSE LEFKOW, for plaintiffs in error.

ROSCOE L. ROBERTS, for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

First National Bank v. Chicago San. Rag Co., 201 Ill. App. 507.

## Abstract of the Decision.

VENUE, § 10*—*when motion for change of erroneously refused.* The refusal of the trial court to grant the defendants' motion for a change of venue, *held* reversible error under the ruling in *Feigen v. Shaeffer*, 256 Ill. 493.